### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE WONG, <br><br> Plaintiff, <br><br> v. <br><br> TRANSPORT WORKERS UNION, LOCAL 100, AFL-CIO, *et al.*, <br><br> Defendants. | **Case No. 1:21-cv-1221-WFK-RML** <br><br> District Judge William F. Kuntz, II <br> Magistrate Judge Robert M. Levy <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

TO THE HONORABLE COURT:

AND NOW, this 15th day of June, 2021, Plaintiff Wayne Wong files this Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and respectfully states as follows in support thereof:

1.  Plaintiff filed this action on March 8, 2021, alleging claims and seeking relief against Defendants Transport Workers Union, Local 100, AFL-CIO ("TWU 100"); Tony Utano, in his official capacity as the President of Transport Workers Union, Local 100, AFL-CIO; Metropolitan Transportation Authority ("MTA"); Metropolitan Transportation Authority–New York City Transit; and Robert E. Foran, in his official capacity as the Chief Financial Officer of the Metropolitan Transportation Authority.

2.  Pursuant to Rule 41(a)(1)(A)(i), a plaintiff may voluntarily dismiss an action against a defendant without a court order by filing a notice of dismissal before the opposing parties have served either an answer or a motion for summary judgment. No defendant hereto has served an answer or a motion for summary judgment in this matter.

3.  Therefore, as a settlement has been reached regarding this matter, Plaintiff voluntarily dismisses this action in its entirety by the filing of this Notice of Voluntary Dismissal.

4. Accordingly, this Notice constitutes, without further order of the Court, the dismissal of the above-captioned action with prejudice.

Respectfully submitted,

Dated: June 15, 2021

**s/ Tyler K. Patterson**
Tyler K. Patterson
NYS Attorney I.D. No. 5076930
Email: tkpatterson@fairnesscenter.org
Nathan J. McGrath, *pro hac vice*
Email: njmcgrath@fairnesscenter.org
Danielle R. Acker Susanj, *pro hac vice*
Email: drasusanj@fairnesscenter.org
THE FAIRNESS CENTER
500 North Third Street, Suite 600B
Harrisburg, Pennsylvania 17101
Telephone: 844.293.1001
Facsimile: 717.307.3424

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on this date I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send electronic notification of said filing to all counsel of record in this matter who are ECF participants.

Dated: June 15, 2021            **s/ Tyler K. Patterson**
                                Tyler K. Patterson
                                NYS Attorney I.D. No. 5076930
                                THE FAIRNESS CENTER
                                500 North Third Street, Suite 600B
                                Phone: 844.293.1001
                                Facsimile: 717.307.3424
                                E-mail: tkpatterson@fairnesscenter.org

                                *Attorney for Plaintiff*